**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                         415.522.2000

January 10th, 2007

Re:  MDL 05–1699 In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation

<u>Title of Case</u>                                                    <u>Case Number</u>
Vincent Rosenquist v. Pfizer, Inc.                           C.A. No. 8:07-2011

Dear Sir/Madam:

   This is to advise you that the above entitled case has been transferred from the Middle District of Florida to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Charles R. Breyer.  We have given the action the individual case number ***C08-214 to be followed by the initials CRB***.

   The parties are directed to go to this Court's <u>Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation</u>  webpage at www.ecf.cand.uscourts.gov/cand/bextra/ for detailed information and instructions regarding this MDL action.

   Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                                                        Sincerely yours,

                                                                                        Simone Voltz
                                                                                        Deputy Clerk

cc: Counsel
     MDL