UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Document Relates To:<br><br>*Rosenquist v. Pfizer Inc.*<br>MDL Case No. C:08-214 CRB | ) ) ) ) ) ) | ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINITFF |

This matter comes before the Court on Plaintiff's Motion for Substitution of Counsel. Having considered the motion and the pleadings in this matter, the Court finds that good cause is shown for the requested substitution of counsel for Plaintiff. It is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Substitution of Counsel is hereby GRANTED.

John J. Clark of The Ferraro Law Firm, P.A. is hereby substituted for Lynn M. Sasso and Sally Prieto-Chomat as attorney of record for the Plaintiff.

SIGNED this  18th  day of      January      , 2008.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE