UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Master Docket No. M:05-CV-01699-CRB  MDL No. 1699 |
| This Document Relates To: | ) ) | |
| *Rosenquist v. Pfizer, Inc.* *MDL Case No. 3:08-cv-214 CRB* | ) ) ) | |

## NOTICE OF MAILING PLAINTIFF FACT SHEET AND RECORDS

Comes now Plaintiff, VINCENT ROSENQUIST, by and though counsel, and files this Notice of Mailing Bextra & Celebrex Plaintiff Fact Sheet (PFS) along with available supporting records, pursuant to MDL No. 1699, Pretrial Order No. 6., on today's date to: Stuart M. Gordon, Esq., Attn: Bextra/Celebrex MDL PFS, Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111.

Dated this 4th day of March, 2008

Respectfully submitted,

By: /s/ John J. Clark
John J. Clark – Fla. Bar #532711
The Ferraro Law Firm, P.A.
4000 Ponce de Leon Blvd, Suite 700
Miami, FL 33146
Telephone 305-375-0111
Fax 305-379-6222
Email: jjc@ferrarolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was filed electronically on the 4th day of March, 2008, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).

/s/ John J. Clark
John J. Clark