## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>*Rosenquist v. Pfizer, Inc.* )<br>*MDL Case No. 3:08-cv-214 CRB* )<br>_____) | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |

### NOTICE OF FILING PLAINTIFF'S AMENDED FACT SHEET

Comes now Plaintiff, VINCENT ROSENQUIST, by and though counsel, and files this Notice of Filing Amended Bextra & Celebrex Plaintiff Fact Sheet (PFS) along with a custodian specific authorization for Caremark, pursuant to MDL No. 1699, Pretrial Order No. 6., on today's date to: Peter J. Turcotte, Esq., Attn: Bextra/Celebrex MDL PFS, Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111.

Dated this 27th day of May, 2008

Respectfully submitted,

By: /s/ John J. Clark
John J. Clark – Fla. Bar #532711
The Ferraro Law Firm, P.A.
4000 Ponce de Leon Blvd, Suite 700
Miami, FL 33146
Telephone 305-375-0111
Fax 305-379-6222
Email: jjc@ferrarolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was filed electronically on the 27th day of May, 2008, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).

/s/ John J. Clark
John J. Clark