THE FERRARO LAW FIRM, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, Florida 33146
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case number: 08-00214 CRB<br><br>**MDL NO. 1699**<br>**District Judge:   Charles R. Breyer** |
| VINCENT ROSENQUIST, and CONSTANCE ROSENQUIST, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, VINCENT ROSENQUIST and CONSTANCE ROSENQUIST, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 6/12, 2009

By: _____

THE FERRARO LAW FIRM, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, Florida   33146
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
Attorneys for Plaintiffs

DATED: August 6, 2009

By: /s/ _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

_____
Hon. Charles R. Breyer
United States District Court